## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

JOSEPH LACOMBE,

      Plaintiff,

v.                                      Case No: 5:14-cv-417-Oc-30PRL

BROWNWOOD CITY FIRE, LLC,

      Defendant.

_____

### ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal (Dkt. #10).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed with prejudice, each party to bear their own costs.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of October, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\OCALA\14-cv-417 dismiss 10.docx